# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER (AMENDED) GRANTING MOTION** |
| Plaintiff, | ) | **FOR FURLOUGH** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aaron James Wounded Face, | ) | Case No.: 1:19-cr-210 |
| | ) | |
| Defendant. | ) | |

Before the Court is defendant's Motion for Furlough. (Doc. No. 19). Defendant asks that he be temporarily released to attend a chemical dependency evaluation at the Parshall Resource Center in Parshall, North Dakota, to explore the possibility of future treatment.

After reviewing the motion, Court orders that defendant's motion (Doc. No. 19) be **GRANTED**. Defendant is to be released from the Heart of America Correctional and Rehabilitation Center ("HACTC"), in Rugby, North Dakota, on Wednesday, December 11, at 6:00 a.m. to his mother, Annie Starr, so that she may transport him directly to Parshall, North Dakota, for the sole purpose of a chemical dependency evaluation at the Parshall Resource Center. After defendant's evaluation, he must return directly to HACTC, and in no event returning later than 5:00 p.m. that same evening.

During his furlough, Defendant must not consume any alcohol or controlled substance. He must not commit any local, state, or federal crime. Additionally, he must execute a release of information at Parshall Resource Center so that his information may be shared with the United States Probation Office.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2019.

                                              */s/ Clare R. Hochhalter*
                                              Clare R. Hochhalter, Magistrate Judge
                                              United States District Court