# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Aaron James Wounded Face, | ) | Case No.: 1:19-cr-210 |
| | ) | |
| Defendant. | ) | |

On December 16, 2019, the court issued an order temporarily releasing defendant to his aunt for transport to the Parshall Resource Center for a chemical dependency evaluation. The order provided in relevant part that defendant was to return to Heart of America Correctional and Treatment Center ("HACTC") by 5:00 p.m.

On December 18, 2019, the United States Marshal advised the court that, as of 1:00 p.m., defendant's ride had yet to arrive at HACTC. Given the late hour, it seems unlikely that defendant will be able to travel to the Parshall Resource Center, complete an evaluation, and return to HACTC by 5:00 p.m. Accordingly, the court vacates its December 16, 2019, order temporarily releasing defendant.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2019.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court